| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Jeremiah Smith | Telephone: (313) 226-9100 | |
| | Special Agent: Austin Dawn | Telephone: (313) 202-3400 | |

# UNITED STATES DISTRICT COURT
### for the

### Eastern District of Michigan

United States of America
  v.
Lamar Smith

Case No.

Case: 2:26−mj−30340
Assigned To : Unassigned
Assign. Date : 6/5/2026
Description: RE: LAMAR SMITH
(EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ June 3, 2026 _____ in the county of _____ Wayne _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(o) | Unlawful possession of a machinegun |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Austin Dawn, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __June 5, 2026_____

_____
*Judge's signature*

City and state: __Detroit, MI_____

Hon. David R. Grand, U.S Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Austin Dawn, being first duly sworn, hereby state:

## INTRODUCTION

1.      I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives. I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7), and I am empowered by law to conduct investigations and make arrests of offenses enumerated under federal law.

2.      I have been an ATF Special Agent since November 2023. I am currently assigned to the Gun Violence Task Force (GVTF), which was established by the Oakland County Sheriff's Office and the ATF. Additionally, I am a member of the ATF Detroit Field Division, Group II, Crime Gun Enforcement Team. I have had extensive law enforcement training, including the Criminal Investigator Training Program at the Federal Law Enforcement Training Center and ATF Special Agent Basic Training.

3.      During my employment with ATF, I have participated in investigations of criminal violations relating to firearms, machinegun conversion devices, violent crimes, and controlled substances. I have participated in various aspects of criminal investigations, including interviews, physical surveillance, and obtaining and executing search warrants. I am familiar with and have employed various

investigative methods, including electronic surveillance, visual surveillance, and search warrants.

4.     I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience.

5.     The ATF is currently investigating Lamar SMITH, (DOB: XX/XX/2007), for violations of 18 U.S.C. § 922(o) (Unlawful Possession of a Machinegun).

## PROBABLE CAUSE

6.     In November 2023, the GVTF began investigating gun violence associated with a local street gang calling itself "JTK." The Detroit Police Department (DPD) Gang Intelligence Unit has validated the existence of JTK through interviews with members, informants, review of social media posts, and other evidence. Per DPD, SMITH is a member of JTK.

## SMITH'S ILLEGAL POSSESSION OF A MACHINEGUN

7.     On June 3, 2026, at approximately 10:40 p.m., DPD officers were patrolling near Foley Street and Cheyenne Street in Detroit, MI, when they saw a large crowd of approximately 20-25 people. Officers noted multiple parking

violations and individuals standing in the street. Officers then made a turn onto Cheyenne Street to establish officer presence.

8. As officers made the turn, they saw a black male, later identified as SMITH, turn his head towards the police car from where he was seated in a Chevy Malibu. After apparently seeing the police car, SMITH quickly exited the Malibu and began running away from officers. Officers saw SMITH clutching his waistband with his right hand, appearing to hold a weighted object underneath his shirt and blue shorts, keeping it close to his body at a 90-degree angle. Based on their training and experience, the officers identified that SMITH's behaviors were consistent with an individual attempting to retain possession of an unholstered, concealed firearm or other contraband.

9. Officers ran after SMITH and ordered him to stop. SMITH disregarded their commands and continued to flee. SMITH ran behind a nearby house, where officers saw him hide behind a backyard shed before reappearing. When SMITH reappeared, he was no longer holding onto the weighted object in his front waistband and ran with both arms moving freely.

10. Officers ultimately took SMITH into custody as he was attempting to jump a fence at the front of the residence. Because SMITH ran from police, and of his actions while doing so, officers searched SMITH's path of flight. In a pile of leaves near where SMITH had hidden behind a shed, an officer found a black Glock

19, 9mm pistol, S/N: CCK397 (Images 1 and 2). The Glock pistol has a green machinegun conversion device (MCD) affixed to the slide. Officers took SMITH to the Detroit Detention Center (DDC) for an active arrest warrant and possessing the machinegun.

Image 1                                              Image 2



11.     ATF Special Agent Kenton Weston viewed the images of the suspected MCD. In addition to basic ATF training, Special Agent Weston is a graduate of a specialized course on privately made firearms (PMF) and MCDs. Special Agent Weston has experience in the investigation, seizure, and examination of dozens of PMFs and MCDs, and has provided sworn expert testimony in Federal Court regarding the identification of PMFs and the mechanics of MCDs.  After viewing the image, Special

Agent Weston confirmed that the items recovered (housing, sear, and selector) appeared to be an MCD, colloquially referred to as a "Switch" or "Glock Switch."

12.     Per Special Agent Weston, an individual can affix an MCD to a Glock-style pistol to make the pistol shoot automatically and function as machinegun. This version on an MCD is a small device that replaces the back plate and typically protrudes from the back of the slide on a Glock-style pistol. When installed, the device applies pressure to the trigger bar and disables the firearm's ability to limit one round of ammunition to be fired per trigger pull. A machinegun is a firearm under the National Firearms Act, 26 U.S.C. § 5845(a). A machinegun is defined, in pertinent part, as "any part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun." 26 U.S.C. § 5845(b). An MCD is a part, or combination of parts, designed and intended for use in converting a semiautomatic Glock-style pistol into a machinegun; therefore, it by itself, is a "machinegun."

13.     ATF obtained a jail call SMITH made from the DDC on June 4, 2026, at approximately 6:53 a.m. During the conversation, SMITH stated, "they didn't catch me with no gun". The individual on the other line responded, "Cuz you threw it and then they found it." SMITH responded, "yeahhhh". Then the individual stated, "that's why they (law enforcement) really can't put it on you, cuz they didn't find it on you."

14.     The Glock 19, 9mm, pistol was test fired. The fired cartridge casing was then entered into the National Integrated Ballistic Information Network (NIBIN) and preliminarily linked to a non-fatal shooting incident on August 28, 2024.

## SMITH'S KNOWLEDGE OF THE MCD

15.     DPD intelligence identified the publicly available Instagram account vanity name "1800say50" as belonging to SMITH. On June 4, 2026, I reviewed several posts on SMITH's account and compared images and videos therein to SMITH's booking photo (Image 3). Based on those comparisons, I confirmed that SMITH is the individual in the posts below taken from his social media account.

Image 3



16.     During a partial review of SMITH's Instagram account, I made the following observations:

a. A video posted around May 28, 2026, displayed SMITH holding a suspected Glock-style pistol with a drum magazine, (Image 4), while rapping the lyric "switch" several times. Towards the end of the video, SMITH raps, "where that pussy drop the switch so I get the chance to touch this bitch" while making hand gestures mimicking shooting a firearm. (Image 5).

Image 4        Image 5

 

17. DPD intelligence identified a YouTube video posted to the YouTube account 'Sprk and 50Dr0ppin' with the title "50Droppin - STR8 (Official Music Video)" on May 25, 2026. The video appears to be of SMITH rapping. At

approximately 1:08 into the video, SMITH raps the lyrics, "We bad 30s in our glizzy, but the switch that shit the same." In my training and experience investigating street gangs, reviewing social media accounts, and phone extractions, I know the term "glizzy" to mean firearm. I have discussed the facts and circumstances of this video and lyrics with Special Agent Kenton Weston. Special Agent Weston and I concluded that the lyrics of the video are slang terms for MCDs or "switches".

## **CONCLUSION**

18.    There is probable cause to believe that on June 3, 2026, within the Eastern District of Michigan, Lamar SMITH, knowingly possessed a machinegun, in violation of 18 U.S.C. § 922(o) (Unlawful Possession of a Machinegun).

Respectfully submitted,

Austin Dawn, Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means

Hon. David R. Grand
United States Magistrate Judge

Dated:   June 5, 2026